**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.:** 1:19-cv-24599-CMA

MIGUEL GALLEGO,

 Plaintiff,

v.

TRANSWORLD SYSTEMS INC. and TIGERTAIL
EMERGENCY PHYSICIANS, LLC,
 Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

 Plaintiff MIGUEL GALLEGO, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December 23, 2019

                Respectfully Submitted,

                /s/ Jibrael S. Hindi .
                **JIBRAEL S. HINDI, ESQ.**
                Florida Bar No.: 118259
                E-mail: jibrael@jibraellaw.com
                **THOMAS J. PATTI, ESQ.**
                Florida Bar No.: 118377
                E-mail: tom@jibraellaw.com
                The Law Offices of Jibrael S. Hindi
                110 SE 6th Street, Suite 1744
                Fort Lauderdale, Florida 33301
                Phone: 954-907-1136
                Fax: 855-529-9540

                *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 23, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

          /s/ Jibrael S. Hindi                              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

Case 1:19-cv-24599-CMA   Document 13   Entered on FLSD Docket 12/23/2019

PAGE | 2 of 2

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com